

# NUMBER 13-11-00336-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ALLENA LARUE GUERRA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Memorandum Opinion Per Curiam [1]

Relator, Allena Larue Guerra, filed a petition for writ of mandamus in the above cause on May 26, 2011, seeking to compel the trial court to set, hear, and rule on her request for temporary orders in the underlying suit for modification of orders pertaining to the parent-child relationship. The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown herself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See id.* 52.8(a).

PER CURIAM

Delivered and filed the
31st day of May, 2011.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).